**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jovon KNOX, Petitioner.**

Supreme Court of Pennsylvania.

June 6, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of June, 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by Petitioner, is:

> Whether there was sufficient evidence to support the conviction of carrying a firearm without a license when the Commonwealth failed to prove beyond a reasonable doubt that Petitioner carried a firearm, when the evidence at trial demonstrated that the co-defendant possessed the gun at all times, and Petitioner was not an accomplice to the charge of possessing the firearm?